# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>               Plaintiff,<br><br>   v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:06-CV-00762-AWI-LJO-P<br><br>ORDER DISREGARDING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR THE APPOINTMENT OF COUNSEL<br><br>(Doc. 5) |

      Plaintiff Willie Weaver ("plaintiff") is a state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 16, 2006.  This action was dismissed on June 27, 2006, on the ground that it is duplicative of case number 1:06-CV-00442-AWI-SMS-P.  On August 8, 2006, plaintiff filed a motion for leave to proceed in forma pauperis and for the appointment of counsel.

      This action has been dismissed and no appeal has been filed.  Accordingly, plaintiff's motion is misplaced in this action and is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:   September 28, 2006**                  **/s/ Lawrence J. O'Neill**
i0d3h8                                                 UNITED STATES MAGISTRATE JUDGE